UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-03606 |
| CALVIN KVETON and | ) | |
| CARIN KVETON | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER ON MOTION OF ASSET BRIDGE CAPITAL, LLC TO MODIFY AUTOMATIC STAY**

THIS CAUSE COMING ON TO BE HEARD on the Motion Of Asset Bridge Capital, LLC Top Modify Automatic Stay with respect to the enforcement of state law rights as a mortgage/lien creditor concerning the real property located at 706 E Rockland Rd., Libertyville, Illinois 60048 [PIN: 11-22-104-012-0000](the "Property"); notice of the motion having been given to the debtors, all creditors and the United States Trustee and panel trustee; and the Court having reviewed the verified Motion and other submissions by movant and being otherwise advised in the premises;

The court finds that:

A. The Property that is the subject of the Motion, identified is not the Debtors' residence but is residential real property that has been held by the Debtors for investment through their entity called CNC Properties LLC, an Illinois limited liability company; and

B. The Debtors' Statement of Intention provides that they intend to surrender the Property, there appears to be no equity in the Property for the estate, and the movant lacks adequate protection of its collateral; and

C. Due notice of the motion being served and no objections being submitted;

NOW, THEREFORE, IT IS ORDERED as follows:

1. The Motion is granted and the automatic stay of Section 362 is modified to permit Asset Bridge Capital, LLC to pursue and enforce its rights relating to the Property having the common address 706 E Rockland Rd., Libertyville, Illinois 60048 [PIN: 11-22-104-012-0000] and legally described in the motion as:

LOT 159 IN COPELAND MANOR NORTH, BEING A SUBDIVISION IN SECTIONS 21 AND 22, TOWNSHIP 44 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JANUARY 6, 1926, AS DOCUMENT 271824, IN BOOK "O" OF PLATS, PAGES 92 AND 93, IN LAKE COUNTY, ILLINOIS; and

2. The movant may identify the Debtors in any enforcement action relating to the Property and may serve upon the Debtors statutory and other required notices, but no in personam relief may be sought against the Debtors by the movant; and

3. There is no just reason to delay the enforcement of this Order.

This box will expand to fit entered text.
Tab out of box to see expansion.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 27, 2020

**Prepared by:**

Marc D. Sherman (IL6192538)
Marc D. Sherman & Colleagues, P.C.
3700 West Devon Ave., Suite E
Lincolnwood, Illinois 60712
mshermanlawoffice@icloud.com
(847) 910-8756

This box will expand vertically to fit entered text.
Tab out of box to see expansion.