UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 20-03606
CALVIN & CARIN KVETON, )
)  Chapter: 7
)  Honorable A. Benjamin Goldgar
)
)  Lake County
Debtor(s) )

**ORDER GRANTING MOTION FOR TURNOVER OF ESCROWED SALE PROCEEDS**

This case coming before the court on the Motion of Joseph E. Cohen for the turnover of escrowed sale proceeds held by Alliance Title Corp., due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. Alliance Title Corp. must turnover to Joseph E. Cohen, Trustee, the sum of $53,248.26 being held in escrow from the sale of 211 Waterbury Circle, Lake Villa, IL within 7 days of the entry of this order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 17, 2021

**Prepared by:**

Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602
(312) 368-0300